## JOHN ANDERSON *versus* JOHN DIVER

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 204; (2) continued *p. 263; (3) judgment *p. 291; (4) attendance of witness proved *p. 291.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of precipe for capias filed in county court; (4) copy of county court capias; (5) declaration; (6) plea of non assumpsit; (7) precipe for subpoena; (8) subpoena; (9) deposition of Isaac P. Skinner; (10) precipe for execution fi. fa.; (11) writ of fi. fa. and return.

*1821 Calendar*, MS p. 82. Recorded in *Book B*, MS pp. 144–49.

## THOMAS EMERSON *versus* HUBERT LACROIX

JOURNAL ENTRIES (1821): *Journal 3:* (1) Continued *p. 204; (2) cause out of court *p. 217.

PAPERS IN FILE: [None]

*1821 Calendar*, MS p. 83. Recorded in *Book B*, MS pp. 193–96.